**Teresa BLUBAUGH, Plaintiff-Appellant,**

v.

**HARFORD COUNTY SHERIFF; L. Jesse Bane, Defendants-Appellees,**

**and**

**Harford County Sheriff's Office, Defendant.**

**No. 17-1069**

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2017

Decided: October 16, 2017

John H. Morris, Jr., Baltimore, Maryland, for Appellant. Brian E. Frosh, Attorney General of Maryland, Carl N. Zacarias, Assistant Attorney General, Annapolis, Maryland, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theresa Blubaugh appeals the district court's order granting summary judgment on her claims of employment discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blubaugh v. Sheriff of Harford Cnty.*, No. 1:15-cv-01207-JKB, 2016 WL 8290619 (D. Md. Dec. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*